STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVARIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 12-850 EMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING HEARING DATE** |
| | ) | |
| JOHN DAVARIS | ) | Date:  August 7, 2013 |
| | ) | Time:  2:30 p.m. |
| Defendant. | ) | Court:  The Honorable Edward M. Chen |
| | ) | |

## STIPULATION

The parties agree to continue the status conference in the above-captioned matter from August 7, 2013 until August 21, 2013 at 2:30 p.m.  Defense counsel needs time to review the revised plea offer with her client and/or try to resolve the case with a counteroffer.

Assistant United States Attorney Acadia Senese has no objection to continuing the status conference  to August 21, 2013, as evidenced by her signature at the conclusion of this stipulation.

Both the defendant and the government represent that good cause exists to exclude time under the Speedy Trial Act, including the effective preparation of counsel.  *See* 18 U.S.C. §

1  3161(h)(7)(B)(iv).  As the parties are not sure that the case will resolve, investigation for trial and
2  motion research is ongoing on the part of defense counsel.  For the same reasons, the parties also
3  request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date
4  of this Order through August 21, 2013. The parties also agree that the ends of justice served by
5  granting such an exclusion of time outweigh the best interests of the public and the defendant in
6  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED

DATED:  8/07/13          _____/S/_____
                        ELIZABETH M. FALK
                        Assistant Federal Public Defender

DATED:  8/07/13          _____/S/_____
                        ACADIA SENESE
                        Assistant United States Attorney

[PR~~OP~~OSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the status conference in this matter be continued to August 21, 2013 at 2:30 p.m.  For the reasons stated, the Court hereby excludes from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through August 21, 2013. The Court finds that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)

DATED:  ____8/7/13_____

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen