| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant DAVARIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-850 EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION and [P~~ROPOS~~ED] |
| v. | ) | ORDER TO VACATE ALL DATES |
| | ) | PREVIOUSLY SCHEDULED BY THE |
| JOHN DAVARIS, | ) | COURT |
| | ) | |
| Defendant. | ) | Date: November 27, 2013 |
| | ) | Time: 2:30 p.m. |
| _____ | ) | Court: The Honorable Edward M. Chen |

Undersigned counsel stipulate as follows:

1. Mr. Davaris failed to appear for his last two court appearances and otherwise lost touch with Pretrial Services. A warrant has been issued for his arrest;

2. Given Mr. Davaris' absence, litigation in this matter cannot continue until the defendant is brought before the Court;

3. Accordingly, the parties hereby move the Court to vacate all hearing dates that have been scheduled by the Court in this matter, including all status conferences, motion hearing dates, the date for the pretrial conference, and the trial date;

*Davaris*, CR-12-850 EMC
STIP TO VACATE

4. The parties further agree that pursuant to 18 U.S.C. § 3161(h)(3)(A), time is automatically excluded under the Speedy Trial Act due to Mr. Davaris' absence. As required by that statute, the parties stipulate that the defendant's whereabouts are unknown, and in addition, there is good cause to believe that the defendant is currently attempting to avoid apprehension or prosecution. See 18 U.S.C. § 3161(h)(3)(B).

IT IS SO STIPULATED.

DATED:   November 26, 2013                 _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender


DATED:   November 26, 2013                 _____/S/_____

ACADIA SENESE
Assistant United States Attorney


## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that all dates previously set by the Court in this matter, including all status conferences, motion hearings, pretrial conference, and trial are hereby VACATED.

IT IS SO ORDERED.

DATED: 11/26/13                 _____
                                THE HONORABLE
                                UNITED STATES

GRANTED
Judge Edward M. Chen
*United States District Court, Northern District of California*

*Davaris*, CR-12-850 EMC
STIP TO VACATE                    2